IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONDITIONED OCULAR ENHANCEMENT, INC. ) ) ) | |
| Plaintiff, ) | No. 05 C 2153 |
| ) | |
| v. ) | Hon. James B. Zagel |
| ) | |
| MICHAEL BONAVENTURA, et al. ) | Magistrate Judge Levin |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION TO VOLUNTARILY
<u>DISMISS DEFENDANT CHI-TOWN EXPRESS PURSUANT TO SETTLEMENT</u>**

**NOW COMES,** plaintiff, CONDITIONED OCULAR ENHANCEMENT, INC., by and through its attorneys, Miller & Sweeney LLC, and submit this Motion to Voluntarily Dismiss Defendant Chi-Town Express pursuant to settlement,

WHEREFORE, pursuant to the attached stipulation, plaintiffs respectfully request that this Honorable Court enter an order voluntarily dismissing defendant Chi-Town Express, without prejudice and with each side to bear its own costs.

Respectfully submitted,

_____
Counsel for the plaintiffs


Matthew S. Miller, Esq.
Robert D. Sweeney, Esq.
Miller & Sweeney LLC (#41516)
111 W. Washington Street, #1160
Chicago, IL 60602
312/384-0500

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONDITIONED OCULAR ENHANCEMENT, INC. | ) ) ) | |
| Plaintiff, | ) ) | No. 05 C 2153 |
| v. | ) ) | Hon. James B. Zagel |
| MICHAEL BONAVENTURA, et al. | ) ) | Magistrate Judge Levin |
| Defendants. | ) ) | |

### STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the plaintiffs and defendant, Chi-Town Training Center, LLC, identified in the Complaint herein as "Chi-Town Express" that they have settled the disputes between them in this cause of actions, and as such have consented to a voluntary dismissal without prejudice as to the claims against Chi-Town Training Center, LLC, identified in the Complaint herein as "Chi-Town Express".

**AGREED AND STIPULATED:**

_____
Counsel for plaintiffs
Conditioned Ocular Enhancement, Inc.

Dated: 9-15-05

Matthew S. Miller, Esq.
MILLER & SWEENEY LLC (#41516)
111 West Washington Street, #1160
Chicago, IL 60602
312.384.0500

_____
Counsel for defendant
Chi-Town Training Center, LLC

Dated: 9/15/05

Michael J. Devine, Esq.
DEUTSCH, LEVY & ENGEL, CHTD.
225 W. Washington Street, #1700
Chicago, IL 60606
312.346.1460